UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brian Lemont King**　　　　　　　　　　　　　　　**Docket No. 7:09-CR-10-1D**

**Petition for Action on Supervised Release**

COMES NOW Robert L. Thornton, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brian Lemont King, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1), and Distribution of More Than Five (5) Grams of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on July 8, 2009, to the custody of the Bureau of Prisons for a term of 114 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Brian Lemont King was released from custody on May 26, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

We have determined the defendant has the financial ability to pay $100.00 per month toward the restitution obligation and therefore, recommend this be made an order of the court.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall pay towards the restitution obligation at a rate of $100.00 each month until the balance is paid in full.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing
is true and correct.


/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2047
Executed On: August 22, 2017

Brian Lemont King
Docket No. 7:09-CR-10-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
Chief U.S. District Judge